COMLY, D., et al.

v.

CUTLER GROUP INC., et al.

1223 CD 2016

Commonwealth Court of Pennsylvania.

07/03/2017

Montgomery County Civil Division, 2015–13769

Affirmed

DUBASKAS, C.

v.

UCBR

1543 CD 2016

Commonwealth Court of Pennsylvania.

07/03/2017

Unemployment Compensation Board of Review, B–591149

Affirmed

PSP

v.

BRANDON, R.

1848 CD 2016

Commonwealth Court of Pennsylvania.

07/03/2017

Attorney General, FAD 01163

Affirmed

CIFERNO h/w

v.

ZHB OF TWP OF ROSTRAVER

1065 CD 2016

Commonwealth Court of Pennsylvania.

07/05/2017

Westmoreland County Civil Division, 5351 of 2015

Affirmed